

IT IS SO ORDERED AS MODIFIED

Judge James Ware

10/28/2009

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant DALMACIO SANTOS

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA,        )    No.: CR 09-00277 JW
12                                  )
                Plaintiff,          )    **STIPULATION TO CONTINUE TRIAL**
13                                  )    **DATE, SET BRIEFING SCHEDULE,**
   v.                               )    **AND EXCLUDE TIME; [PROPOSED]**
14                                  )    **ORDER**
   DALMACIO SANTOS,                 )
15                                  )
                Defendant.          )
16 _____)

17       Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the Court's approval, the trial date hearing in the above-captioned matter, presently

19 scheduled for Tuesday, November 10, 2009, be continued to Tuesday, February 23, 2010, and

20 that the following briefing schedule be set:

21       Defense motions filing deadline:  November 23, 2009

22       Government response filing deadline:  December 7, 2009

23       Defense reply filing deadline:  December 14, 2009

24       Argument on motions: **January 25, 2010 at 1:30 PM**

25       Motions in limine due:  February 8, 2010

26       Pretrial conference: **February 8, 2010 at 1:30 PM**

STIPULATION TO CONTINUE
TRIAL DATE; [PROPOSED] ORDER
No. CR 09-00277 JW             1

**Jury Selection: February 23, 2010 at 9:00 AM**

The continuance is requested for several reasons.  First, after the trial date was set, the parties continued in efforts to settle the case, but were unable to do so.  Second, defense counsel has determined that pretrial motions are warranted.  The current trial date does not provide time for full briefing and argument on the motions.  Third, defense counsel will be out of the office from October 10 to November 2, 2009.  Fourth, government counsel will be taking leave, and the matter has been reassigned within the U.S. Attorney's Office.  Finally, both parties are set in other trials in January and early February, 2010.

The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice served by granting the requested continuance outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The parties therefore stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: 10/8/09                                             _____/s/_____
                                                                        LARA S. VINNARD
                                                                        Assistant Federal Public Defender

Dated: 10/9/09                                             _____/s/_____
                                                                        DANIEL KALEBA
                                                                        Assistant United States Attorney

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware
10/28/2009

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>            Plaintiff,                                 )<br>                                                              )<br>v.                                                           )<br>                                                              )<br>DALMACIO SANTOS,                             )<br>                                                              )<br>            Defendant.                             )<br>_____)  | No.: CR 09-00277 JW<br><br>[~~PROPOSED~~] ORDER CONTINUING HEARING AND EXCLUDING TIME |

The parties have jointly requested a continuance of the trial date set for Tuesday, November 10, 2009, to allow time for pretrial motions to be litigated, for continuity of counsel, and to accommodate the schedules of the parties.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the following schedule is set:

Defense motions filing deadline:  November 23, 2009

Government response filing deadline:  December 7, 2009

Defense reply filing deadline:  December 14, 2009

Argument on motions:  **January 25, 2010 at 1:30 PM**

Motions in limine due:  February 8, 2010

1     Pretrial conference: **February 8, 2010 at 1:30 PM**

2     **Jury Selection: February 23, 2010 at 9:00 AM**

3     Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

4 from November 10, 2009 to February 23, 2010, shall be excluded from the period of time within

5 which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.  The Court

6 finds, based on the aforementioned reasons, that the ends of justice served by granting the

7 requested continuance outweigh the interest of the public and the defendant in a speedy trial.

8 The failure to grant the requested continuance would deny defense counsel reasonable time

9 necessary for effective preparation, taking into account the exercise of due diligence, and would

10 result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time

11 should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

12 Dated:   October 28, 2009     _____
    JAMES WARE
13     United States District Judge